# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0056. FLOYD v. FLUKER et al.

Upon consideration of Appellant's Emergency Verified Petition for Writ of Mandamus and Writ of Prohibition, it is ordered that said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/16/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*